1  G. Thomas Martin, III, Esq. (SBN: 218456)
   Krohn & Moss, Ltd
2  10474 Santa Monica Blvd., 4th Floor
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  tmartin@consumerlawcenter.com
   Attorneys for Plaintiff
5  STEPHEN PARKER

## UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| STEPHEN PARKER | ) | Case No.: 3:09-cv-05613-JSW |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| MRS ASSOCIATES, INC. | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, STEPHEN PARKER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

1 | DATED: March 5, 2010          KROHN & MOSS, LTD.

3 |                                        By: /s/ G. Thomas Martin, III

4 |                                             G. Thomas Martin, III, Esq.
                                                Attorney for Plaintiff

12 | Dated: March 8, 2010

**IT IS SO ORDERED**
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

Notice of Settlement