G. Thomas Martin, III, Esq. (SBN: 218456)
Krohn & Moss, Ltd
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
tmartin@consumerlawcenter.com
Attorneys for Plaintiff
STEPHEN PARKER

UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| STEPHEN PARKER, | ) | Case No.: 3:09-cv-05613-JSW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| MRS ASSOCIATES, INC. | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, STEPHEN PARKER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

1 | DATED: March 5, 2010        KROHN & MOSS, LTD.

                           By: /s/ G. Thomas Martin, III

                               G. Thomas Martin, III, Esq.
                               Attorney for Plaintiff

*IT IS SO ORDERED*

*Jeffrey S. White*
Judge Jeffrey S. White

(Seal: United States District Court, Northern District of California)

Dated: March 8, 2010

- 2 -

Notice of Settlement